UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
11.30.2021
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

Case No. 3:21-cr-130-HLA-PDB
8 U.S.C. § 1326

BENIGNO GUERRERO

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about November 10, 2021, in Suwannee County, in the Middle District of Florida, the defendant,

BENIGNO GUERRERO,

a citizen of Honduras and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about January 10, 2003, on or about August 17, 2006, and on or about August 6, 2007.

In violation of Title 8, United States Code, Section 1326.

KARIN HOPPMANN
Acting United States Attorney

By: _____
ARNOLD B. CORSMEIER
Assistant United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division